IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES P. BARKER**, | : | CIVIL ACTION NO. 1:15-CV-1924 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **KATHLEEN G. KANE**, | : | |
| **Defendant** | : | |

# ORDER

AND NOW, this 3rd day of March, 2016, upon consideration of defendant Kathleen Kane's ("Kane") motion (Doc. 21) to stay proceedings, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 21) to stay is GRANTED.

2. The above-captioned matter is STAYED pending resolution of the criminal proceedings against Kane in the Montgomery County Court of Common Pleas.

3. Kane shall notify the court within fifteen (15) days of the resolution of the criminal proceedings in the Montgomery County Court of Common Pleas.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania